William Edelblute
Attorney for Plaintiff
WSBA 13808
200 N. Mullan Ste. 119
Spokane, WA 99206

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

TODD JUSTICE,

        Plaintiff,                    No. CV-05-016-RHW

v.                                  STIPULATED MOTION FOR
                                        DISMISSAL OF COMPLAINT

HOME DEPOT U.S.A., INC.,
d/b/a THE HOME DEPOT,

        Defendant.
_____

1. <u>MOTION</u>   William Edelblute, attorney for Plaintiff, with the stipulation of counsel for Defendant, D. Michael Reilly, moves to dismiss the Complaint herein, with prejudice without imposition of costs.

2. <u>BASIS</u>   This motion is based on the annexed stipulation of the parties.

Dated August 18th, 2005            :/S_____
                                                William Edelblute
                                                Attorney for Plaintiff
                                                WSBA 13808

<u>Stipulation</u>

    Each of the undersigned parties or their counsel hereby agree that the above entitled matter may be immediately dismissed with prejudice, and without imposition of costs to either party, and that an Order dismissing the matter with prejudice and without award of costs may be issued by the Court without advance notice to either party.

| | |
|---|---|
| Dated August 18th, 2005 | :/S_____<br>William Edelblute<br>Attorney for Plaintiff<br>WSBA 13808 |
| Dated August 18th, 2005 | :/S_____<br>Todd Justice<br>Plaintiff |
| Dated August 25th, 2005 | :/S_____<br>D. Michael Reilly<br>Attorney for Defendant<br>WSBA  14674 |

Stipulated Motion for Dismissal p. 2