UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TODD JUSTICE,<br><br>    Plaintiff,<br><br>    v.<br><br>HOME DEPOT U.S.A., INC., d/b/a THE HOME DEPOT,<br><br>    Defendant. | NO. CV-05-016-RHW<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF COMPLAINT** |

Before the Court is the parties' Stipulated Motion for Dismissal of Complaint (Ct. Rec. 13). The motion was heard without oral argument. The parties ask that the Court dismiss the above-captioned case with prejudice and without imposition of costs.

**Accordingly**, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Dismissal of Complaint (Ct. Rec. 13) is **GRANTED**.

2. The above-captioned case is **DISMISSED** with prejudice and without imposition of costs.

//
//
//
//
//
//

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF COMPLAINT ~ 1

1  **IT IS SO ORDERED.** The District Court Executive is hereby directed to
2  enter this order, furnish copies to counsel, and close the file.
3      **DATED** this 7th day of September, 2005.

                        s/ ROBERT H. WHALEY
                      Chief United States District Judge

Q:\CIVIL\2005\Todd Justice\justice.dismiss.order.wpd

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF COMPLAINT ~ 2